United States Bankruptcy Court
Eastern District of North Carolina
Wilson Division

In Re:  
ROBERT ALLEN TYNDALL, JR.  
KELLY KRUGER TYNDALL

Case Number:  
09-02488-8-SWH

## Report of Small Dividends Under Bankruptcy Rule 3010

Under Bankruptcy Rule 3010, Small Dividends and Payments in Chapter 7 Liquidation, no dividend in an amount less than $5 shall be distributed to any creditor unless authorized by local rule or order of the court. A list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate shall be filed with the clerk.

| Claim No. | Name and Last Known Address of Claimant | Amount of Divident |
|---|---|---|
| 13 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR TARGET<br>PO BOX 248838<br>OKLAHOMA CITY OK 73124-8838 | $3.96 |
| 20 | RECOVERY MANAGEMENT<br>FOR GE MONEY BANK<br>DBA AMERICAN EAGLE<br>25 SE 2ND AVE STE 1120<br>MIAMI FL 33131 | $2.39 |
| 25 | RECOVERY MANAGEMENT<br>FOR GE MONEY BANK<br>DBA JCPENNEY CREDIT<br>25 SE 2ND AVE STE 1120<br>MIAMI FL 33131 | $3.66 |
| 26 | RECOVERY MANAGEMENT<br>FOR GE MONEY BANK<br>DBA BELK<br>25 SE 2ND AVE STE 1120<br>MIAMI FL 33131 | $2.55 |
| | TOTAL | $12.56 |

Dated: July 30, 2010

Law Office of Stephen L. Beaman, PLLC  
By: s/Stephen L. Beaman  
Stephen L. Beaman, N.C. State Bar No. 6021  
P.O. Box 1907, Wilson, NC 27894-1907  
Phone (252) 237-9020 Fax (252) 243-5174  
email sbeaman@beamanlaw.com

Attachment: 1 Check